UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 7 |
| | * | |
| TRF SERVICES, LLC, | * | CASE NO.  25-61706-PWB |
| | * | |
| DEBTOR. | * | |

**NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
AND RESCHEDULED MEETING OF CREDITORS**

Kathleen Steil having rejected the appointment as interim trustee, the United States Trustee gives notice that, pursuant to 11 U.S.C. § 701, **S. Gregory Hays** is appointed as interim trustee in this case and is designated to preside over the meeting of creditors.  The trustee shall serve under the blanket bond heretofore approved.  Unless creditors at the first meeting of creditors held pursuant to 11 U.S.C. § 341(a) elect another trustee, the interim trustee appointed herein shall serve as trustee without further appointment or qualification under the same bond.

The name and address of the interim trustee and the date, time, and location of the rescheduled meeting of creditors are below. The debtor and debtor's attorney must appear via Zoom; creditors and other parties may attend by telephone.

| | |
|---|---|
| **S. Gregory Hays**<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br>Phone: (404) 926-0051 | **December 2, 2025, at 8:30 a.m.**<br><br>The meeting will be held by Zoom video meeting.<br>Go to **Zoom.us/join.**<br>Enter Meeting ID: **627 912 5502** and<br>Passcode: **6497361809** or call **(470) 924-8876** |

Notice given by:          GUY A. VAN BAALEN
                         ACTING UNITED STATES TRUSTEE, REGION 21

                         *s/ Jeneane Treace*
                         R. Jeneane Treace
                         Georgia Bar No. 716620
                         United States Department of Justice
                         Office of the United States Trustee
                         362 Richard B. Russell Federal Building
                         75 Ted Turner Drive, S.W.
                         Atlanta, Georgia  30303
                         (404) 331-4437
                         jeneane.treace@usdoj.gov